IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DAWN ANDRACCHIO          : Bankruptcy No. 08-12709 BIF
                                    :
                                    :
          DEBTOR                    : CHAPTER 7

## ORDER

AND NOW, this         day of          , 2008, upon consideration of the Debtor's motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by Palisades Collection, LLC, Assignee of Providian National Bank in and on the Debtor's personal property, including the judgment entered at Philadelphia Municipal Court, case number SC-06-05-17-6694, is hereby canceled.

BY THE COURT:

_____
THE HONORABLE BRUCE I. FOX

Service list attached:

Service list:

Maria C. Palladino, Esquire
258 South 11th Street
Philadelphia, PA 19107

Palisades Collection, LLC
210 Sylvan Avenue
Englewood Cliffs, NJ  07632

Attorney for Palisades Collection, LLC
Tonilyn M. Chippie, Esquire
Wolpoff & Abramson, LLP
4660 Trindle Road  Suite 300
Camp Hill, PA  17011

Terry P. Dershaw, Esquire
Chapter 7 Trustee
Dershaw Law Offices
P.O. Box 556
Bryn Athyn, PA  19009-0556

United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, P A  19107