```
              UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DAWN ANDRACCHIO      : Bankruptcy No. 08-12709 BIF
                               :
                               :
          DEBTOR               : CHAPTER 7
```

### CERTIFICATION OF SERVICE

I, Maria C. Palladino, attorney for the Debtor in the above-captioned matter, do hereby certify that I sent to the Trustee and all interested parties in the above captioned case, a true and correct copy of the Debtor's Motion to Avoid Judicial Liens by first class mail or electronic mail on May 27, 2008.

```
                    s/Maria C. Palladino
                    MARIA C. PALLADINO
                    Counsel for Debtor
```